UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
SOUTHERN DIVISION
at DAYTON

| | |
|---|---|
| RYAN SCHULTE,<br>individually and on behalf of all<br>other Ohio residents similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION<br><br>Defendant. | )<br>)<br>)<br>)<br>)    Case No.: 3:19-cv-00026<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

This matter is before the undersigned on the Joint Motion to Stay to Allow Settlement Negotiations. Having considered the matter fully, and being otherwise sufficiently advised,

IT IS ORDERED that the Motion shall be **GRANTED**, and this Action is **STAYED** to allow the parties to focus their efforts on settlement negotiations. The parties are **DIRECTED** to provide a status update to the Court within thirty (30) days of entry of this Order.

June 11, 2020

\*s/Thomas M. Rose
UNITED STATES DISTRICT JUDGE