UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
SOUTHERN DIVISION
at DAYTON

| | | |
|---|---|---|
| RYAN SCHULTE, | ) | |
| individually and on behalf of all | ) | |
| other Ohio residents similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:19-cv-00026 |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LIBERTY INSURANCE CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO CONSOLIDATE

This matter came before the Court on the Parties' Joint Motion to Consolidate two cases pending before this Court. Having considered the briefing, the Court is of the opinion that the Motion is well-taken and should be granted. *Carter, et al. v. Safeco Insurance Company of Indiana, et al.*, Case No. 3:20-cv-00002-TMR is hereby consolidated into and joined with this case for settlement purposes.

**SO ORDERED** this 5th day of November, 2020.

*s/Thomas M. Rose*
_____
UNITED STATES DISTRICT COURT JUDGE